FORM B9AAmd (Amended Chapter 7 Individual or Joint Debtor No Asset Case) (02/21/06)    Case Number **06–11356–SHF**

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
### www.flsb.uscourts.gov

## **AMENDED Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines SEE REVERSE**

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/12/06.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
**NOTE: THE STAFF OF THE BANKRUPTCY CLERK'S OFFICE CANNOT GIVE LEGAL ADVICE.**

See Reverse Side For Important Explanations and SDFL Local Court Requirements.

**Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**
Jaime Robyn Ehrenfeld
 aka Jaime Robyn Salat
 22054 Boca Place Dr #1026
 Boca Raton, FL 33433

| Case Number:<br>06–11356–SHF – **Division:** West Palm Beach | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–5346 |
|---|---|
| **Attorney for Debtor(s) (or Pro Se Debtor) name and address:**<br>Craig I. Kelley<br>1665 Palm Beach Lks Blvd<br>Suite 1000 The Forum<br>West Palm Beach, FL 33401<br>**Telephone number:** 561–491–1200 | **Bankruptcy Trustee (name and address):**<br>Robert C Furr<br>www.furrcohen.com<br>2255 Glades Road Ste 337W<br>Boca Raton, FL 33431<br>**Telephone number:** 561–395–0500 |

## MEETING OF CREDITORS

Date: **May 22, 2006**        Time: **08:30 AM**

Location: **Via Jardin Bldg, 330 Clematis St Room 101, West Palm Beach, FL 33401**

**Note: Debtors must bring original government–issued photo identification and proof of the social security number to this meeting. WARNING TO DEBTOR: Without further notice or hearing the court may dismiss your case for failure to timely pay filing fee installments, failure to appear at the meeting of creditors or failure to timely file required schedules, statements or lists, and, for cases filed on or after October 17, 2005, for failure to file pre–bankruptcy certification of credit counseling or file wage documentation.**

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts:** 7/21/06
**Deadline to Object to Trustee's Report of Abandonment:** See explanation on reverse.
**Deadline to Object to Exemptions:**
Thirty days after the conclusion of the meeting of creditors scheduled in this notice or within thirty days of any amendment to the list or supplemental schedules.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the bankruptcy clerk's office where assigned judge is chambered:<br>Forum Building Complex<br>1675 Palm Beach Lakes Boulevard 8th Floor<br>West Palm Beach FL 33401<br>Telephone: 561–514–4100 | *CLERK*<br>*USBC*<br>*SDFL*<br>***FILED***<br>***4/13/06*** |
|---|---|

| | |
|---|---|
| **Hours Open:** Monday – Friday 9:00 AM – 4:30 PM<br>Closed all Legal Holidays | **Clerk of the Bankruptcy Court:** Karen Eddy<br>**For:** Judge Steven H Friedman<br>**Date:** 4/13/06 |

## EXPLANATIONS

FORM B9AAmd (02/21/06)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side (or the existing case under another chapter has been converted to chapter 7). |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present with required original government–issued photo identification and proof of the social security number at the meeting to be questioned under oath by the trustee and by creditors.* **Creditors are welcome to attend, but are not required to do so.** The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this case is converted from chapter 13, pursuant to Local Rules 1019–1(E) and 3002–1(A), it has been designated as a no asset case at this time. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. Writing a letter to the court or judge is not sufficient. An adversary complaint must be filed in accordance with the applicable rules. For cases filed on or after October 17, 2005, the discharge will not be issued until the financial management course certification is filed by the debtor. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Documents filed conventionally, in paper, should be filed at the bankruptcy clerk's office where the judge assigned to the case is chambered. Documents filed prior to October 17, 2005, may be viewed at the clerk's office where the judge assigned to the case is chambered. Documents filed on or after October 17, 2005, may be viewed in electronic format at any clerk's office public terminal or via PACER ON THE INTERNET (charges apply). Case filing information and unexpired deadline dates can be obtained by calling the Voice Case Information System: (305)536–5979 or (800)473–0226. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Abandonment of Property by Trustee | Pursuant to Local Rule 6007–1(A), the trustee will abandon at the meeting of creditors all property that the trustee has determined is of no value to the estate and file a report within 2 days. Objections to the report must be filed within 15 days of the meeting. |
| Electronic Bankruptcy Noticing | Parties can now choose to receive all notices (including attachments) served by the clerk's office electronically instead of via US mail. For information on or to register for this free service, contact the Bankruptcy Noticing Center at www.ebnuscourts.com |
| Translating Services | Except for persons with communications disabilities, translating services are not provided. Persons with communications disabilities should contact the U.S. trustee's office to arrange for translating services at the meeting of creditors. |

—— Refer to Other Side for Important Deadlines and Notices ——

| | |
|---|---|
| **\*\*PLEASE NOTE\*\*** | **AMENDED to reflect the correct spelling of debtor's first name from Jamie to Jaime.** |

# CERTIFICATE OF SERVICE

```
District/off: 113C-9            User: knoffk              Page 1 of 1                  Date Rcvd: Apr 13, 2006
Case: 06-11356                  Form ID: B9AAmd           Total Served: 28

The following entities were served by first class mail on Apr 15, 2006.
db         +Jaime Robyn Ehrenfeld,    22054 Boca Place Dr #1026,    Boca Raton, FL 33433-8022
aty        +Craig I. Kelley,    1665 Palm Beach Lks Blvd,    Suite 1000 The Forum,
             West Palm Beach, FL 33401-2121
smg        +Highlands County Tax Collector,    540 S Commerce Ave,    Sebring, FL 33870-3867
ust        +Office of the US Trustee,    51 S.W. 1st Ave.,    Ste. 1204,    Miami, FL 33130-1614
85523846    *American Express-Correspondence,    P.O. Box 7863,    Fort Lauderdale, FL 33329-7863
85523847   +*MBNA Quantum,    P.O. Box 15026,    Wilmington, DE 19850-5026
85523848   +American Express,    c/o NCO Financial Systems, Inc,    507 Prudential Road,
             Horsham, PA 19044-2308
85523852    Bank of America,    c/o West Asset Management, Inc,    5300 Oakbrook Pkwy,    Bldg 300, Suite 300,
             Norcross, GA 30093-2254
85523851    Bank of America,    P.O. Box 660576,    Dallas, TX 75266-0576
85523854   +CitiBusiness Card,    c/o Zakheim & Associates,    1045 South University Drive,    Suite 202,
             Plantation, FL 33324-3365
85523855   +Dorothy Kaplan,    c/o Susan Salat,    19409 Sabel Lake Drive,    Boca Raton, FL 33434-5139
85523856   +Enlighted Practice Magazine, LLC,    22054 Boca Place Drive,    Apt 1026,
             Boca Raton, FL 33433-8022
85523857   +Fern Kaplan,    c/o Susan Salat,    19409 Sabel Lake Drive,    Boca Raton, FL 33434-5139
85523858    HSBC Card Services,    P.O. Box 81622,    Salinas, CA 93912-1622
85523859   +Neiman Marcus,    P.O. Box 5235,    Carol Stream, IL 60197-5235
85523860    Nelnet Loan Services,    P.O. Box 53318,    Jacksonville, FL 32201-3318
85523861   +Sears Mastercard,    P.O. Box 6564,    The Lakes, NV 88901-6564
85523862   +Susan Salat,    19409 Sabel Lake Drive,    Boca Raton, FL 33434-5139
85523863   +The Gables of Boca Place,    22148 Boca Place Drive,    Boca Raton, FL 33433-8099
85523864   +The Printing House,    c/o Thomas J. Maccari, P.A.,    7700 Congress Avenue,    Suite 1133,
             Boca Raton, FL 33487-1355
85523866    Trader Distribution,    P.O. Box 1040,    Norfolk, VA 23501-1040
85523865   +Trader Distribution,    P.O. Box 810069,    Dallas, TX 75381-0069
85523867    V.W. Credit,    1401 Franklin Boulevard,    Libertyville, IL 60048-4460

The following entities were served by electronic transmission on Apr 14, 2006 and receipt of the transmission
was confirmed on:
tr         +E-mail: danderson@furrcohen.com Apr 14 2006 04:03:52     Robert C Furr,    www.furrcohen.com,
             2255 Glades Road Ste 337W,    Boca Raton, FL 33431-7383
smg         EDI: FLDEPREV.COM Apr 14 2006 00:53:00     Florida Department of Revenue,    POB 6668,
             Bankruptcy Division,    Ft Lauderdale, FL  32314-6668
85523850    EDI: AMEREXPR.COM Apr 14 2006 00:53:00     American Express,    P.O. Box 360001,
             Fort Lauderdale, FL 33336-0002
85523849    EDI: AMEREXPR.COM Apr 14 2006 00:53:00     American Express,    P.O. Box 360002,
             Fort Lauderdale, FL 33336-0002
85523851    EDI: BANKAMER2.COM Apr 14 2006 00:53:00     Bank of America,    P.O. Box 660576,
             Dallas, TX 75266-0576
85523853    EDI: CAPITALONE.COM Apr 14 2006 00:53:00     Capital One,    P.O. Box 85015,
             Richmond, VA 23285-5015
85523858    EDI: HFC.COM Apr 14 2006 00:52:00     HSBC Card Services,    P.O. Box 81622,
             Salinas, CA 93912-1622
                                                                                                TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 15, 2006**                    **Signature:** *Joseph Speetjens*