IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE: §
 §
JAIME ROBYN EHRENFELD § CASE NO. 06-11356-BKC-SHF
AKA JAIME ROBYN SALAT §
 § CHAPTER 7

REAFFIRMATION AGREEMENT – ASSUMPTION OF LEASE

PART A – AGREEMENT

1. Debtor hereby assumes the Lease Agreement entered into with VW Credit, Inc., relating to the collateral described as 2006 Volkswagen Jetta 2.5, VIN: 3VWSF71KX6M633866, Lease No. xxx9513, and reaffirms the debt owed to VW Credit, Inc. under the original Lease Agreement.

2. Debtor agrees to maintain physical damage and liability insurance as required by the Lease Agreement. Debtor agrees to be bound by each and every term and promise of the Lease Agreement.

3. The lease referenced herein will remain in full force and effect, and default under this Agreement will entitle VW Credit, Inc. to exercise the remedies provided for in the lease.

THE PARTIES UNDERSTAND THAT THIS AGREEMENT IS PURELY VOLUNTARY, THAT THE DEBTOR MAY RESCIND THE AGREEMENT AT ANY TIME PRIOR TO DISCHARGE, OR WITHIN 60 DAYS AFTER SUCH AGREEMENT IS FILED WITH THE COURT, WHICHEVER OCCURS LATER, BY GIVING NOTICE OF RESCISSION TO THE CREDITOR, AND THAT THIS AGREEMENT IS NOT REQUIRED UNDER TITLE 1 OF THE UNITED STATES BANKRUPTCY CODE, UNDER NON-BANKRUPTCY LAW, OR UNDER ANY AGREEMENT NOT IN ACCORDANCE WITH THE PROVISIONS OF 11 USC §524(c).

Date: 5/11, 2006

Signature of Debtor

Signature of Creditor
By: Hilary B. Bonial
 Joe M. Lozano, Jr.

 Tyler B. Jones

Authorized Agent

LEASE ASSUMPTION

1

## PART B – ATTORNEY'S DECLARATION

This Agreement represents a fully informed and voluntary agreement by the Debtor and does not impose an undue hardship on the Debtor, or any dependent of the Debtor. Further, I have fully advised the Debtor of the legal effect and consequences of an agreement of the kind specified in 11 USC §524(c) and any default under such an agreement.

DATE: __5/11__, 200_6_                    _____
                                          Signature of Debtor's Attorney

## PART C – WAIVER OF HEARING

A HEARING ON THE REAFFIRMATION AGREEMENT IS WAIVED AND THE COURT IS REQUESTED TO APPROVE THE REAFFIRMATION AGREEMENT WITHOUT THE NECESSITY OF A HEARING, AND TO ENTER AN ORDER APPROVING THE REAFFIRMATION AGREEMENT.

## PART D – MOTION FOR COURT APPROVAL OF AGREEMENT
(Complete only when Debtor is not represented by an attorney)

I, the Debtor, affirm the following to be true and correct:

I am not represented by an attorney in connection with this bankruptcy case.

I am, and wish to remain in possession of the Collateral and represent that continued payment of the installments due on the subject lease is in my best interest and will not impose undue hardship upon me, or any of my dependents.

Therefore, I ask this Court for an Order approving this Reaffirmation Agreement.

DATE: __5/11__, 200_6_                    _____
                                          Signature of Debtor

## PART E – COURT ORDER

The Court grants the Debtor's motion and approves the voluntary agreement upon the terms specified above.

DATE: _____, 200__             _____
                                          Bankruptcy Judge

**Return to:**
**Brice, Vander Linden & Wernick, P.C.**
**9441 LBJ Freeway, Suite 350**
**Dallas, Texas 75243**

7225-N-1038

LEASE ASSUMPTION                                                              2



# FLORIDA
## Motor Vehicle Lease Agreement

839399513-01

DEAL # 676054

**LESSOR NAME AND BUSINESS ADDRESS**
GUNTHER VW OF COCONUT CREEK
4300 N STATE ROAD 7
COCONUT CREEK, FL 33073

**LESSEE(S) NAME AND GARAGING ADDRESS**
JAIME EHRENFELD
22054 BOCA PLACE DR APT 1026
BOCA RATON FL 33433-8022

LEASE DATE: 07 SEP 2005
DEALER NUMBER: 405074
COUNTY: palm beach

"You", (the "Lessee" and "Co-Lessee", if applicable) agree to lease from Lessor the following Vehicle. If more than one Lessee executes this Lease, each Lessee will be individually liable for the entire amount owing under this Lease. Lessor will assign this Lease and leased Vehicle to VW Credit Leasing, Ltd. or its assignee (the "Holder").

### Description of Leased Vehicle

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE IDENTIFICATION NUMBER | ODOMETER READING | | |
|---|---|---|---|---|---|---|---|
| 2006 | VOLKSWAGEN | JETTA | SD | 3VWSF71KX6M633866 | 000015 | ☒ NEW ☐ USED | ☐ DEMO |

Primary use of Vehicle is for Personal, Family or Household purposes unless the following box is checked: ☐ Primary use of Vehicle is for Business, Commercial or Agricultural purpose.

### Description of Trade-in Vehicle

| YEAR | MAKE | MODEL |
|---|---|---|
| N.A. | N.A. | N.A. |

### YOUR PAYMENT CALCULATIONS

**1 Amount Due at Lease Signing or Delivery** (Itemized below): $ 2500.00

**2 Monthly Payments**
A. Your first Monthly Payment of $ 311.11 is due 07 SEP 2005, followed by __ payments of $ 311.11 due on the 22ND of each month, beginning on 22 OCT 2005.
B. The total of Your Monthly Payments is $ 14933.28

**3 Other Charges** (Not part of Your Monthly Payment)
A. Turn-in Fee (if You do not purchase the Vehicle) $ 350.00
B. _____ $ N.A.
C. Total $ 350.00

**4 Total of Payments** (The amount You will have paid by the end of the Lease)
$ 17472.17
(Section 1 plus Section 2(B) plus Section 3(C) minus Section 5(A)(3) minus Section 5(A)(4)).

**5 *Itemization of Amount Due at Lease Signing or Delivery**

A. Amount Due at Lease Signing or Delivery:
1. Capitalized Cost Reduction ............... $ 1357.81
2. Taxes on Capitalized Cost Reduction .... 98.26
3. First Monthly Payment ................... 311.11
4. Refundable Security Deposit ............. N.A.
5. Acquisition Fee .......................... 575.00
6. Title Fees ............................... N.A.
7. Registration Fees ........................ N.A.
8. License Fees ............................. 95.00
9. Sales Tax ................................ N.A.
10. FLORIDA FEES ............................ 66.50
11. N.V.H.E.A. .............................. 2.00
12. UPFRONT TAXES ........................... 4.32
13. ....................................... N.A.
14. ....................................... N.A.
15. Total ................................ $ 2500.00

B. How the Amount Due at Lease Signing or Delivery will be Paid:
1. Net Trade-in Allowance ................... $ N.A.
2. Rebates and Noncash Credits ............. 500.00
3. Amount to be Paid in Cash ............... 2000.00
4. Amount to be Paid by Credit Card ........ N.A.
5. Total ................................ $ 2500.00

**6 Your Monthly Payment is Determined as Shown Below:**

A. Gross Capitalized Cost. The agreed upon value of the Vehicle ($ 24057.02) and any items You pay over the Lease Term (such as taxes, fees, service contracts, insurance, and any outstanding prior credit or lease balance) ........ $ 24057.02

B. Capitalized Cost Reduction. The amount of any Net Trade-in Allowance, Rebates, Noncash Credit, or Cash You pay that reduces the Gross Capitalized Cost ........ − 1357.81

C. Adjusted Capitalized Cost. The amount used in calculating Your Base Monthly Payment ........ = 22699.2

D. Residual Value. The value of the Vehicle at the end of the Lease used in calculating Your Base Monthly Payment ........ − 11554.21

E. Depreciation and any Amortized Amounts. The amount charged for the Vehicle's decline in value through normal use and for other items paid over the Lease Term ........ = 11145.01

F. Rent Charge. The amount charged in addition to the Depreciation and any Amortized Amounts ........ + 2876.76

G. Total of Base Monthly Payments. The Depreciation and any Amortized Amounts plus the Rent Charge ........ = 14021.73

H. Lease Payments. The number of payments in Your Lease (the number of months in Your Lease ("Lease Term")) ........ ÷ 48

I. Base Monthly Payment ........ = 292.12

J. Monthly Sales/Use Tax ........ + 18.99

K. ........ + N.A.

L. Total Monthly Payment ("Monthly Payment") ........ = $ 311.11

**Early Termination.** You may have to pay a substantial charge if You end this Lease early. The charge may be up to several thousand dollars. The actual charge will depend on when the Lease is terminated. The earlier You end the Lease, the greater this charge is likely to be.

**7 Excessive Wear and Use.** You may be charged for Excessive Wear based on our standards for normal use and for mileage in excess of 60,000 for the Lease Term with a maximum odometer reading of 60,015 at a rate of $0.__ per mile. You will not receive a credit or rebate if You drive the Vehicle for less mileage than allowed. ☐ If box is checked, above mileage includes ___ -0- ___ miles over the Lease Term purchased at $0. __ per mile, which is included in Your Monthly Payment. X __ X __

**8 Purchase Option at End of Lease Term.** You have an option to purchase the Vehicle at the end of the Lease Term for a Purchase Option Amount of $ 11554.29 plus a Purchase Option Fee of $ N.A. plus all amounts You owe under the Lease, plus any official fees and taxes imposed in connection with the purchase of the Vehicle.

**9 Other Important Terms.** See the front and back of this Lease for additional information on Early Termination, Purchase Options and maintenance responsibilities, warranties, late and default charges, insurance, and any security interests, if applicable.

**10 Itemization of Gross Capitalized Cost**
A. Agreed Upon Value of the Vehicle ........ $ 24057.02
B. Outstanding Prior Credit or Lease Balance ........ $ N.A.
C. Service Contract ........ $ N.A.
D. Acquisition Fee ........ $ N.A.
E. Sales Tax ........ $ N.A.
F. Initial License, Title and Registration Fees ........ $ N.A.
G. ........ $ N.A.
H. ........ $ N.A.
I. ........ $ N.A.
J. ........ $ N.A.
K. ........ $ N.A.
L. Gross Capitalized Cost ........ $ 24057.02

**11 Service Contract.** Although You are not required to do so, You agree to purchase a contract for certain services and repairs of the Vehicle, if initialed below. The term of this protection will be N.A. months from the Lease Date or from the date of Vehicle delivery or until the Vehicle's odometer shows N.A. miles, whichever occurs first. If You have decided to purchase this protection, You have reviewed the terms of the contract which describe the details of this protection and understand a copy of the completed contract will be sent to You as soon as practicable.

NAME AND ADDRESS OF SERVICE CONTRACT PROVIDER: _____

You choose to purchase a Service Contract for $ ____ and pay for it during the Lease Term as part of the Monthly Payment; or You have paid cash for the Service Contract.

X _____ LESSEE INITIALS    X _____ CO-LESSEE INITIALS

**12 Estimated Official Fees and Taxes.** The total estimated amount You will pay during the Lease Term for official fees, vehicle registration, certificate of title, license fees and taxes, including personal property tax, whether included with Your Monthly Payment or assessed otherwise, is $ 1452.10. The actual total of fees and taxes may be higher or lower depending on the tax rates in effect or the value of the Vehicle at the time a fee or tax is assessed.

**13 Warranties.** This Vehicle is covered by a limited warranty or extended warranty if indicated below:
☐ Standard New Vehicle Limited Warranty provided by the manufacturer.
☐ Used Vehicle Limited Warranty provided by the manufacturer.
☐ Remainder of Standard New Vehicle Limited Warranty provided by the manufacturer (if used Vehicle).
☐

You acknowledge that You are leasing the Vehicle from Lessor "AS-IS". EXCEPT AS EXPRESSLY PROVIDED UNDER THIS LEASE, LESSOR MAKES NO PROMISE AS TO THE MERCHANTABILITY, SUITABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF THE VEHICLE. This means that there is no promise that the Vehicle will be fit for use for any particular purpose or even that it will be fit for the normal purpose for which a vehicle is used.

**14 Insurance Verification.** You must maintain the insurance coverage described in the Vehicle Insurance paragraph. You affirm that such insurance is in force on the date of this Lease; insurance details are as follows:
My Insurance Company: STATEFARM 0
Policy Number: 185-9460-59-4
Effective Date: 06-25-06    Expiration Date: 06-25-06
Agent's Name: MIKE MYERS INS
Agent's Address: 1697 PALM BEACH BLVD WEST PALM BEACH FL 33409
Phone Number: 5616361515
Initials of Dealer Employee who verified insurance coverage X _lw_
Agency Contact Name and Title: _Kim_

You must instruct your Agent to send the Policy, Endorsement or Certificate to:
VOLKSWAGEN CREDIT, P.O. BOX 660306, COCKEYSVILLE, MD 21065-0306

The valid and collectible liability insurance and personal injury protection insurance of any authorized rental or leasing driver is primary for the limits of liability and personal injury protection coverage required by Sections 324.021(7) and 627.736, Florida Statutes.

---

**THIS IS A LEASE AGREEMENT. THIS IS NOT A PURCHASE AGREEMENT. PLEASE REVIEW THESE MATTERS CAREFULLY AND SEEK INDEPENDENT PROFESSIONAL ADVICE IF YOU HAVE ANY QUESTIONS CONCERNING THIS TRANSACTION. YOU ARE ENTITLED TO AN EXACT COPY OF THE AGREEMENT YOU SIGN.**

NOTICE TO LESSEE: (A) DO NOT SIGN THIS LEASE BEFORE YOU READ IT. (B) YOU ARE ENTITLED TO A COPY OF THIS LEASE. YOU ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF THIS LEASE.

### LESSEE SIGNATURE(S)
X _Jaime R Ehrenfeld_    CO-LESSEE SIGNATURE: X _____

### LESSOR SIGNATURE
The authorized signature of the Lessor has the effect of: (1) Accepting the terms and conditions of this Lease, and (2) Assigning to Holder as indicated in the assignment below all rights, title and interest in and to the Vehicle and this Lease, including all amounts to become due under it, subject to the provisions of the Direct Lease Finance Plan Agreement between Lessor and Holder.

LESSOR: GUNTHER VW OF COCONUT CREEK
AUTHORIZED REPRESENTATIVE: X _____
TYPE/PRINT NAME OF AUTHORIZED REPRESENTATIVE: _____

### GUARANTY
The undersigned unconditionally guarantees payment to Holder of all liabilities and indebtedness of the above Lessee under the terms of this Lease and full performance under the terms of this Lease. Holder shall not be required to exhaust any recourse or take any action against Lessee before being entitled to payment by the undersigned of all amounts hereby guaranteed. If Lessee defaults, Holder shall have the right to approve any extensions, renewals, modifications or compromises of any indebtedness, liability or obligation under this Lease without waiving its rights against the undersigned. The undersigned agrees to pay all expenses (including, but not limited to, attorneys' fees and legal expenses) incurred by Holder if it has to enforce this Guaranty. The undersigned acknowledges having received a copy of this Lease.

GUARANTOR (PRINT NAME): _____  SIGNATURE: X _____  DATE: _____
STREET: _____  CITY: _____  STATE: _____  ZIP CODE: _____  TELEPHONE NUMBER: (   )

THIS LEASE CONTINUES ON THE REVERSE SIDE. PLEASE READ BOTH SIDES FOR TERMS AND CONDITIONS.
HOME OFFICE


Volkswagen Credit

