**CGFD28** (10/17/05)



ORDERED in the Southern District of Florida on July 25, 2006

**Steven H Friedman**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov
## Division:   West Palm Beach

**Case Number: 06−11356−SHF**
**Chapter: 7**

**In re:**  *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Jaime Robyn Ehrenfeld
aka Jaime Robyn Salat
22054 Boca Place Dr #1026
Boca Raton, FL 33433

SSN: xxx−xx−5346

> *CLERK*
> *USBC*
> *SDFL*
> *FILED*
> *7/25/06*

## FINAL DECREE

The trustee, Robert C Furr, having filed a final report that the estate has been fully administered, is discharged and the case is closed.