Form CGFD39   (10/17/05)



ORDERED in the Southern District of Florida on July 25, 2006



**Steven H Friedman**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov
## Division:   West Palm Beach

Case Number: 06−11356−SHF
Chapter: 7

**In re:**  *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Jaime Robyn Ehrenfeld
aka Jaime Robyn Salat
22054 Boca Place Dr #1026
Boca Raton, FL 33433

Last four digits of Social Security No(s).: xxx−xx−5346

```
CLERK
USBC
SDFL
FILED
7/25/06
```

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED** :

The debtor is granted a discharge under § 727 of title 11, United States Code, (the Bankruptcy Code).

**SEE THE BACK OF THIS ORDER FOR "EXPLANATION OF BANKRUPTCY DISCHARGE".**

Copies to:  All Parties of record

*Page 1 of 2*

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes; **applies to cases filed on or after October 17, 2005;**

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans; **applies to cases filed on or after October 17, 2005.**

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

*# # #*

*Page 2 of 2*

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113C-9            User: haase                  Page 1 of 2                    Date Rcvd: Jul 25, 2006
Case: 06-11356                  Form ID: CGFD39              Total Served: 32


The following entities were served by first class mail on Jul 27, 2006.
db         +Jaime Robyn Ehrenfeld,    22054 Boca Place Dr #1026,    Boca Raton, FL 33433-8022
aty        +Connie J Vandergriff,    9441 LBJ Freeway #350,    Dallas, TX 75243-4545
aty        +^Becket and Lee LLP7,    POB 3001,    Malvern, PA 19355-0701
smg        +Highlands County Tax Collector,    540 S Commerce Ave,    Sebring, FL 33870-3867
ust        +Office of the US Trustee,    51 S.W. 1st Ave.,    Ste. 1204,    Miami, FL 33130-1614
cr          HSBC Bank Nevada NA / HSBC Card Services III by eC,    POB 35480,    Newark, NJ  07193-5480
cr         +VW Credit Inc,    c/o Connie J Vandergriff Esq,    9441 LBJ Freeway #350,    Dallas, TX 75243-4545
85523846    *American Express-Correspondence,    P.O. Box 7863,    Fort Lauderdale, FL 33329-7863
85523847   +*MBNA Quantum,    P.O. Box 15026,    Wilmington, DE 19850-5026
85523848   +American Express,    c/o NCO Financial Systems, Inc,    507 Prudential Road,
             Horsham, PA 19044-2308
85523852    Bank of America,    c/o West Asset Management, Inc,    5300 Oakbrook Pkwy,    Bldg 300, Suite 300,
             Norcross, GA 30093-2254
85523851    Bank of America,    P.O. Box 660576,    Dallas, TX 75266-0576
85523854   +CitiBusiness Card,   c/o Zakheim & Associates,    1045 South University Drive,    Suite 202,
             Plantation, FL 33324-3365
85523855   +Dorothy Kaplan,    c/o Susan Salat,    19409 Sabel Lake Drive,    Boca Raton, FL 33434-5139
85523856   +Enlighted Practice Magazine, LLC,    22054 Boca Place Drive,    Apt 1026,
             Boca Raton, FL 33433-8022
85523857   +Fern Kaplan,    c/o Susan Salat,    19409 Sabel Lake Drive,    Boca Raton, FL 33434-5139
85535297    HSBC Bank Nevada NA / HSBC Card Services III,    by eCAST Settlement Corporation,    as its agent,
             POB 35480,    Newark NJ 07193-5480
85523858    HSBC Card Services,    P.O. Box 81622,    Salinas, CA 93912-1622
85523859   +Neiman Marcus,    P.O. Box 5235,    Carol Stream, IL 60197-5235
85523860    Nelnet Loan Services,    P.O. Box 53318,    Jacksonville, FL 32201-3318
85523861   +Sears Mastercard,    P.O. Box 6564,    The Lakes, NV 88901-6564
85523862   +Susan Salat,    19409 Sabel Lake Drive,    Boca Raton, FL 33434-5139
85523863   +The Gables of Boca Place,    22148 Boca Place Drive,    Boca Raton, FL 33433-8099
85523864   +The Printing House,    c/o Thomas J. Maccari, P.A.,    7700 Congress Avenue,    Suite 1133,
             Boca Raton, FL 33487-1355
85523866    Trader Distribution,    P.O. Box 1040,    Norfolk, VA 23501-1040
85523865   +Trader Distribution,    P.O. Box 810069,    Dallas, TX 75381-0069
85523867    V.W. Credit,    1401 Franklin Boulevard,    Libertyville, IL 60048-4460

The following entities were served by electronic transmission on Jul 26, 2006 and receipt of the transmission
was confirmed on:
tr         +EDI: BRCFURR.COM Jul 25 2006 21:24:00      Robert C Furr,    www.furrcohen.com,
             2255 Glades Road Ste 337W,    Boca Raton, FL 33431-7383
tr         +E-mail: danderson@furrcohen.com Jul 26 2006 00:31:48      Robert C Furr,    www.furrcohen.com,
             2255 Glades Road Ste 337W,    Boca Raton, FL 33431-7383
smg         EDI: FLDEPREV.COM Jul 25 2006 21:24:00      Florida Department of Revenue,    POB 6668,
             Bankruptcy Division,    Ft Lauderdale, FL  32314-6668
85523850    EDI: AMEREXPR.COM Jul 25 2006 21:24:00      American Express,    P.O. Box 360001,
             Fort Lauderdale, FL 33336-0002
85523849    EDI: AMEREXPR.COM Jul 25 2006 21:24:00      American Express,    P.O. Box 360002,
             Fort Lauderdale, FL 33336-0002
85523851    EDI: BANKAMER2.COM Jul 25 2006 21:24:00      Bank of America,    P.O. Box 660576,
             Dallas, TX 75266-0576
85523853    EDI: CAPITALONE.COM Jul 25 2006 21:25:00      Capital One,    P.O. Box 85015,
             Richmond, VA 23285-5015
85523858    EDI: HFC.COM Jul 25 2006 21:24:00      HSBC Card Services,    P.O. Box 81622,
             Salinas, CA 93912-1622
                                                                                               TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
85575845    Teachers Federal Credit Union,    NOT A CREDITOR IN THIS CASE,    CLAIM PREVIOUSLY SCANNED IN ERROR
                                                                                               TOTALS: 1, * 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 113C-9           User: haase              Page 2 of 2              Date Rcvd: Jul 25, 2006
Case: 06-11356                 Form ID: CGFD39          Total Served: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2006**                          **Signature:**    _/s/ Joseph Speetjens_